JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>      Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**MOTION OF REORGANIZED DEBTOR FOR ORDER OF CONTEMPT FOR VIOLATION OF 11 U.S.C. §524(a)(2) AND FOR SANCTIONS**<br><br>Date:  December 19, 2014<br>Time:  10:00 a.m.<br>Ctrm:  22 |

     LOMBARD FLATS, LLC, the Reorganized Debtor ("Debtor"), hereby moves for an order of contempt and sanctions against Demas Wai Yan, aka, Dennis Yan, for violating the discharge injunction of 11 U.S.C. §524(a)(2) by, among other actions, the post-confirmation filing of a complaint against the Debtor in the San Francisco Superior Court entitled *Legal Recovery, LLC vs. Martin Lee Eng, Lombard Flats, LLC, et al.*, Case No. CGC-14-542378 ("Lawsuit No. 2"), for the purpose of recovering on a pre-petition claim discharged through confirmation of the Debtor's Chapter 11 Plan by order of this Court dated July 19, 2010.

     The Debtor requests the court issue a contempt order against Demas Yan for violation of Bankruptcy Code §524(a)(2) and that as sanctions, he be ordered:

     (1)  To dismiss Lawsuit No. 2 immediately;

1

(2) To cease filing lawsuits against the Debtor in any court, unless and until there is a further court order lifting that sanction; and

(3) To pay the Debtor the sum of $2,150 as reimbursement for the Debtor's attorney's fees incurred in connection with this motion.

This Motion is made pursuant to Bankruptcy Code §§ 524(a)(2) and 1141(d); Federal Rules of Bankruptcy Procedure 9014 and 9020; and Rule 9014-1 of the Local Bankruptcy Rules of the Northern District of California. The motion will be based upon this motion, the Notice of Hearing on Motion of Reorganized Debtor For Order of Contempt For Violation of 11 U.S.C. §524(a)(2) and for Sanctions; the Memorandum of Points and Authorities in Support of Motion - of Reorganized Debtor For Order of Contempt For Violation of 11 U.S.C. §524(a)(2) and for Sanctions; the Declarations of Martin Eng and Joan M. Chipser filed in support, all of the documents and records on file in this Chapter 11 case and such oral evidence as may be presented at any hearing on this motion.

Dated: November 21, 2014

/s/ Joan M. Chipser
(SBN83192)