JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>      Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**DECLARATION OF JOAN M. CHIPSER IN SUPPORT OF MOTION OF REORGANIZED DEBTOR FOR ORDER OF CONTEMPT FOR VIOLATION OF 11 U.S.C. §524(a)(2) AND FOR SANCTIONS**<br><br>Date: December 19, 2014<br>Time: 10:00 a.m.<br>Ctrm: 22 |

I, JOAN M. CHIPSER, depose and say:

    1.    I am the attorney for the Reorganized Debtor ("Debtor") in connection with this motion for contempt and sanctions. The matters stated herein are personally known to me, and if called as a witness, I could and would competently testify thereto.

    2.    This case was filed on August 3, 2009. I was the attorney for the debtor and debtor-in-possession. A Chapter 11 Plan was confirmed in this case by order of the court dated July 19, 2010. The Plan was a reorganization plan. The Debtor continued in business and did not liquidate. The Plan provided for a disbursing agent. Attorney Mark Romeo has been acting in that capacity since the effective date of the plan on August 4, 2010. This case was closed on May 23, 2011, but re-opened on May 1, 2013 for reasons other than this motion.

3. When Cheuk Tin Yan filed his first lawsuit in September, 2012 ("Lawsuit No. 1), I sent a letter to Demas Yan demanding that Lawsuit No. 1 be dismissed on grounds that any claim his father had against the Debtor was discharged by confirmation of the Plan. When Demas Yan obtained a default judgment against the Debtor and failed to dismiss Lawsuit No. 1, the Debtor filed its first motion for an order of contempt on May 3, 2013 ("Motion No. 1"). A hearing on Motion No. 1 was held on June, 14, 2013, after which the court granted the motion holding the judgment void as a matter of law and ordering Demas Yan and his father to vacate the default judgment.

4. Cheuk Tin Yan then filed a motion to Amend Findings and Order Entered on August 5, 2013, which the court denied in an order, dated September 26, 2013. Cheuk Tin Yan appealed the order granting Motion No. 1 and the order denying his motion to amend to the U.S. District Court. In a thirty-eight page decision dated August 13, 2014, U.S. District Judge Phyllis J. Hamilton affirmed the bankruptcy court's orders. Cheuk Tin Yan then appealed Judge Hamilton's decision to the Ninth Circuit Court of Appeals, where the matter is pending.

5. Upon learning of Lawsuit No. 2 filed by Legal Recovery, LLC, I sent Demas Yan an e-mail on November 5, 2014 demanding that he dismiss the new complaint. Demas Yan responded in an e-mail dated November 6, 2014 effectively refusing to dismiss Lawsuit No. 2.

6. The Secretary of State's record for Legal Recovery, LLC I obtained from the internet is attached as Exhibit 1.

7. A true and correct copy of my email to Demas Yan dated November 5, 2014 is attached hereto as Exhibit 2.

8. A true and correct copy of Demas Yan's response dated November 6, 2014 is attached hereto as Exhibit 3.

9. To date I have spent 5.60 hours communicating with Demas Yan and drafting this motion for contempt. I anticipate spending another hour on a reply brief and two hours preparing for, traveling to and appearing at the hearing. My hourly rate is $250. Therefore, reasonable attorney's fees for this motion are $2,150.

I swear under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 21, 2014 at Millbrae, California.

/s/ Joan M. Chipser