JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>    Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**DECLARATION OF MARTIN ENG IN SUPPORT OF MOTION OF REORGANIZED DEBTOR FOR ORDER OF CONTEMPT FOR VIOLATION OF 11 U.S.C. §524(a)(2) AND FOR SANCTIONS**<br><br>Date:  December 19, 2014<br>Time:  10:00 a.m.<br>Ctrm:  22 |

I, MARTIN ENG, depose and say:

1. I am the responsible individual in this Chapter 11 case. The matters stated herein are personally known to me, and if called as a witness, I could and would competently testify thereto.

2. The Reorganized Debtor ("Debtor") filed this Chapter 11 case on August 3, 2009. The Debtor is the owner of the real property located 949-953 Lombard Street, San Francisco, California (the "Property"), which is a three-flat building. Prior to transferring the Property to the Debtor in January 2009, I owned the Property since 1985.

3. On September 26, 2012, Mr. Cheuk Tin Yan filed a lawsuit in the San Francisco Superior Court entitled *Yan vs. Lombard Flats, et al. Case No. 12-52474* (Lawsuit No. 1). A true and correct copy of Lawsuit No. 1 is attached hereto as Exhibit 1. Initially, Cheuk Tin Yan, who

is not a lawyer, represented himself, with the help of, I believe, his son, Demas Wai Yan ("Demas Yan"), an attorney, who was on suspension at the time. In Lawsuit No. 1, Cheuk Tin Yan sued the Debtor, myself and numerous other parties related to me. Lawsuit No. 1 appears to seek recovery on several loans Cheuk Tin Yan alleges to have made to me in 2007 and 2008, before Lombard Flats, LLC came into existence on December 22, 2008. (Attached as Exhibit 2 is the Secretary of State's record for this limited liability company). The theory of recovery against the Debtor is based upon an alleged fraudulent conveyance. When Demas Yan was again permitted to practice law, he substituted into his father's case as attorney of record. However, at all times before, during and after the events described herein, Demas Yan represented his father with respect to the alleged debt the father claims I owe him.

4. On October 27, 2014, Demas Yan filed a new lawsuit against the Debtor and me. The new case is entitled Legal *Recovery, LLC vs. Martin Lee Eng, Lombard Flats, LLC, et al.*, Case No. CGC-14-542378. A true and correct copy of this lawsuit is attached hereto as Exhibit 3.

5. Tony Lee, the agent for service of process for Legal Recovery, LLC, is a close associate of Demas Yan.

I swear under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 20, 2014 at San Francisco, California.

/s/ Martin Eng