JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LOMBARD FLATS, LLC,

          Debtor.

) Case No.: 09-32219
) (Chapter 11)
)
) **REQUEST TO TAKE JUDICIAL NOTICE**
) **IN SUPPORT MOTION OF**
) **REORGANIZED DEBTOR FOR ORDER**
) **OF CONTEMPT FOR VIOLATION OF 11**
) **U.S.C. §524(a)(2) AND FOR SANCTIONS**
)
) Date: December 19, 2014
) Time: 10:00 a.m.
) Ctrm: 22
)

**TO DEMAS WAI YAN:**

     PLEASE TAKE NOTICE that <u>LOMBARD FLATS, LLC</u>, the Reorganized Debtor,

hereby respectfully requests that this Court take judicial notice pursuant to Federal Rule of

Evidence 201 of the following:

     1.     Request for Entry of Default filed by Demas Wai Yan aka Dennis Yan on

December 5, 2014 in San Francisco Superior Court Case No. CGC 14-542378.  A true and

correct copy of this document is attached hereto as Exhibit 1.

     2.     Order Determining Demas Yan to Be a Vexatious Litigant filed in Northern

1

District of California Adversary Proceeding No. 12-3129.  A true and correct copy of this

document is attached hereto as Exhibit 2.

Dated:  December 10, 2014                    Respectfully submitted,

/s/ Joan M. Chipser
 (SBN83192)