JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

Signed and Filed: January 4, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>        Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**ORDER OF CONTEMPT**<br><br>Date: December 19, 2014<br>Time: 10:00 a.m.<br>Ctrm: 22 |

      The Motion of Reorganized Debtor For Order of Contempt For Violation of 11 U.S.C. §524(a)(2) and For Sanctions came on for hearing before the above-signed Bankruptcy Judge on the above date and time. Joan M. Chipser appeared for the Reorganized Debtor ("Debtor"). Demas Wai Yan, aka, Dennis Yan, appeared for himself. The court having considered all papers filed in support and in opposition to the Motion and having considered the argument of counsel and upon due consideration, and for the reasons stated on the record, makes the following order:

      **IT IS HEREBY ORDERED** that Demas Wai Yan, aka, Dennis Yan, is in contempt for violation of Bankruptcy Code Section 524(a)(2);

      **IT IS HEREBY FURTHER ORDERED** that Demas Wai Yan shall dismiss the Debtor from the San Francisco Superior Court case of *Legal Recovery, LLC vs. Martin Lee Eng, Lombard Flats, LLC, et al.*, Case No. CGC-14-542378 within 10 days of the date of this Order;

**IT IS HEREBY FURTHER ORDERED** that Demas Wai Yan shall pay to the Debtor's attorney, the sum of $2,150 as reimbursement for attorney's fees and costs incurred in connection with the contempt within 10 days of the date of this order.

**IT IS HEREBY FURTHER ORDERED** that if Demas Wai Yan does not comply with the terms of this order, the Debtor may file another contempt motion against him.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

Demas Wai Yan, Esq.
aka Dennis Yan, Esq.
300 Frank H. Ogawa Plaza
Ste. 218
Oakland, CA 94612