DEMAS YAN (SBN 257854)
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797
In Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

LOMBARD FLATS, LLC,

    Debtor.

Case No: 09-32219

(Chapter 11)

DEMAS YAN'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER OF CONTEMPT ENTERED ON JANUARY 5, 2015

Date: Feb. 13, 2015
Time: 10:00 A.M.
Department: 22

Please take notice that the undersigned will bring the above motion for reconsideration of the Order of Contempt entered on 1/5/2015 ("Order") on the date, time, and department as indicated on the caption, or as soon thereafter as the matter may be heard. The motion is based on this notice of motion and motion, memorandum of points and authorities, the records and file herein, and such evidence as may be presented at the hearing.

Date: 1/10/2015

/s/DEMAS YAN

- 1