JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LOMBARD FLATS, LLC,

       Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 09-32219
(Chapter 11)

**DECLARATION OF JOAN M. CHIPSER IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER OF CONTEMPT ENTERED ON JANUARY 5, 2015**

Date:  February 13, 2015
Time:  10:00 a.m.
Ctrm:  22

I, <u>JOAN M. CHIPSER</u>, depose and say:

1.     I am the attorney for the Reorganized Debtor.  The matters stated herein are personally known to me, and if called as a witness, I could and would competently testify thereto.

2.     To date I have spent 1.0 hour drafting the debtor's opposition to this motion.  I anticipate spending 2.5 hours preparing for, traveling to and appearing at the hearing.  I will incur about $25 for mileage and parking.  My hourly rate is $250.  Therefore, reasonable attorney's fees and costs for this motion are $900.

1

I swear under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 30, 2015 at Millbrae, California.

/s/ Joan M. Chipser

Case: 09-32219   Doc# 193   Filed: 01/30/15   Entered: 01/30/15 23:35:27   Page 2 of 2