**Joan Chipser**

---

| | |
|---|---|
| **From:** | Dennis Yan <anewlaw@gmail.com> |
| **Sent:** | Saturday, February 14, 2015 9:13 AM |
| **To:** | Joan Chipser |
| **Subject:** | Re: New Lawsuit Filed Against Lombard Flats |

Mrs. Chipser,

I will file dismissal on Monday as to Lombard Flats.

As to the payment of sanctions, I do not have the funds now, but I do have offsets. Eng has not paid the $1000 in both state court cases involving Lombard Flats (CGC 12 524745, Oct. 9, 2014 sanctions $500; CGC 14 542378 Feb. 9, 2015 sanctions $500). There are other offsets that can be applied, but I suggest that we leave this question for now. I will file appeal once the order is signed. Also, the outcome of the pending appeal in the 9th may also affect the validity of this new order.