**Joan Chipser**

---

| | |
|---|---|
| **From:** | Joan Chipser <joanchipser@sbcglobal.net> |
| **Sent:** | Saturday, February 14, 2015 12:19 PM |
| **To:** | 'Dennis Yan' |
| **Subject:** | RE: New Lawsuit Filed Against Lombard Flats |

I do not think you can use a third party offset against attorney's fees you were ordered to pay by the bankruptcy court for action taken against my client, Lombard Flats. Even if you can, you still owe $1,150. Unless, by 5 pm Monday, you pay that sum and show clear bankruptcy authority to justify the offset, my client will file another motion for contempt in the bankruptcy court.

Joan M. Chipser
Attorney-at-Law
(650) 697-1564
(650) 873-2858 (Fax)
joanchipser@sbcglobal.net

Notice to Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

-----Original Message-----
From: Dennis Yan [mailto:anewlaw@gmail.com]
Sent: Saturday, February 14, 2015 9:13 AM
To: Joan Chipser
Subject: Re: New Lawsuit Filed Against Lombard Flats

Mrs. Chipser,

I will file dismissal on Monday as to Lombard Flats.

As to the payment of sanctions, I do not have the funds now, but I do have offsets. Eng has not paid the $1000 in both state court cases involving Lombard Flats (CGC 12 524745, Oct. 9, 2014 sanctions $500; CGC 14 542378 Feb. 9, 2015 sanctions $500). There are other offsets that can be applied, but I suggest that we leave this question for now. I will file appeal once the order is signed. Also, the outcome of the pending appeal in the 9th may also affect the validity of this new order.

1