# Joan Chipser

| | |
|---|---|
| **From:** | Dennis Yan <anewlaw@gmail.com> |
| **Sent:** | Monday, February 16, 2015 1:14 PM |
| **To:** | Joan Chipser |
| **Subject:** | Re: New Lawsuit Filed Against Lombard Flats |

Eng contacted me about meet and confer. I would rather communicate with you if possible. Please tell me what he wants to meet about.

Eng is technically a third party, but in terms of sources of funds to pay the sanctions, his $1000 is an anticipated source in the near term.

I have filed the request for dismissal. I will work out something with you as to the sanctions amount.