# Joan Chipser

| | |
|---|---|
| **From:** | Joan Chipser <joanchipser@sbcglobal.net> |
| **Sent:** | Monday, February 16, 2015 1:26 PM |
| **To:** | 'Dennis Yan' |
| **Subject:** | RE: New Lawsuit Filed Against Lombard Flats |

I will ask him. But deep down, this is really a dispute between him and you. He is not my client, but if I can facilitate a resolution that will leave my client in peace, I am willing to help.

Please send me confirmation of filing the request for dismissal.

You need to pay the whole $2,150 that Montali ordered. I can't change his order.

Joan M. Chipser
Attorney-at-Law
(650) 697-1564
(650) 873-2858 (Fax)
joanchipser@sbcglobal.net

Notice to Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

-----Original Message-----
From: Dennis Yan [mailto:anewlaw@gmail.com]
Sent: Monday, February 16, 2015 1:14 PM
To: Joan Chipser
Subject: Re: New Lawsuit Filed Against Lombard Flats

Eng contacted me about meet and confer. I would rather communicate with you if possible. Please tell me what he wants to meet about.
Eng is technically a third party, but in terms of sources of funds to pay the sanctions, his $1000 is an anticipated source in the near term.
I have filed the request for dismissal. I will work out something with you as to the sanctions amount.