DEMAS YAN (SBN 257854)
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797
In Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

    LOMBARD FLATS, LLC

Debtor.

Case No. 09-32219 DM
Chapter 11

NOTICE OF APPEAL

DEMAS YAN, creditor, appeals under 28 U.S.C. § 158(a) from the following orders of Honorable Dennis Montali, Judge, Bankruptcy Court of the Northern District of California:

Order of Contempt, signed and filed on January 4, 2015 and entered on January 5, 2015 as document no. 189; and Order Denying Motion for Reconsideration, filed and entered on February 17, 2015 as document no. 199.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant in Pro Se:
DEMAS YAN
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797

On behalf of debtor LOMBARD FLATS, LLC:
Joan Chipser
1 Green Hills Court
Millbrae, CA 94030
Phone 650-697-1564

Date: February 20, 2015
/s/DEMAS YAN

- 1