JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>    Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF CERTIFICATION OF DIRECT APPEAL TO THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT** |

**TO DEMAS WAI YAN:**

PLEASE TAKE NOTICE that LOMBARD FLATS, LLC, the Reorganized Debtor, hereby respectfully requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1.    Declaration of Martin Eng in Support of Motion of Reorganized Debtor For Order of Contempt For Violation of 11 U.S.C. §524(a)(2). A true and correct copy of this document without exhibits is attached as Exhibit 1.

2.    Order Determining Demas Yan to Be a Vexatious Litigant filed in Northern

District of California Adversary Proceeding No. 12-3129.  A true and correct copy of this document is attached as Exhibit 2.

Dated:  March 5, 2015

/s/ Joan M. Chipser
 (SBN83192)