DEMAS YAN (SBN 257854)
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797
In Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

    LOMBARD FLATS, LLC

Debtor.

Case No. 09-32219 DM
Chapter 11

**DECLARATION OF APPELLANT DEMAS YAN IN SUPPORT OF OPPOSITION TO DEBTOR'S REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO THE U.S. COURT OF APPEALS OF THE NINTH CIRCUIT**

I, DEMAS YAN, declare:

1. The appeal pending in Ninth Circuit Court of Appeal, Case no. No. 14-16624, referred to by Debtor in its moving paper as relating to Lawsuit No. 1, had been fully briefed since 12/29/2014.

2. The issue on appeal in Case no. No. 14-16624, as stated in the opening brief, are: 1) Whether or not the doctrine of judicial estoppel is applicable, and 2) Whether there is sufficient evidence to support finding of judicial estoppel.

3. The instant appeal, referred to by Debtor in its moving paper as relating to Lawsuit No. 2, was filed recently on 2/20/2015. The issues on appeal, as stated in the Statement of Issues on Appeal, are: 1) Whether the state court claim against debtor arising out of alter ego doctrine was a claim discharged by debtor's bankruptcy discharge, and 2) Whether the bankruptcy court had subject matter jurisdiction to order the dismissal of the state court claim and to order sanctions against appellant.

I declare under penalty of perjury in the State of California that the foregoing is true and correct.

Date: February 20, 2015
/s/DEMAS YAN

- 1 -