DEMAS YAN (SBN 257854)
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797
In Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

LOMBARD FLATS, LLC,

Debtor.

Case No: 09-32219

(Chapter 11)

DECLARATION OF DEMAS YAN IN SUPPORT OF DEMAS YAN'S MOTION FOR RECONSIDERATION OF DOCKET TEXT ORDER ENTERED ON MARCH 13, 2015

No hearing requested

I, DEMAS YAN, declare:

1. On 2/14/2015, I filed a request to dismiss the state court action claim against Debtor in the San Francisco Superior Case No. CGC-14-542378 using the mandatory e-filing system. The Request for dismissal was docketed on 2/17/2015. Attached as Exhibit A is a true and correct copy.

2. On 2/16/2015, I send an email to Joan Chipser, counsel for Debtor, stating that "I have filed the request for dismissal. I will work out something with you as to the sanctions amount." In reply on the same day, Chipser asked me to "send me confirmation of filing the request for dismissal."

3. On 2/18/2015, Debtor filed this instant motion for contempt. On the same day, I emailed Chipser explaining to her that "I was out of town for the last two days and just saw your declaration in the motion for contempt. See below. The request for dismissal was filed on 2/14. The clerk takes its time in updating the docket. As to the sanctions, I had stated that I do not have the funds. Eng send a email again for meeting, if nothing comes of the meeting, I will work out installment payments with you."

4. On 2/20/2015, I emailed Chipser: "attached is the filed dismissal entered on 2/17. I can make a $400 payment next week and the balance within 2 weeks. Please take the

- 1 -

new motion off calendar." On the same day, Chipser replied, "I will take the motion off calendar when I confirm with the Superior Court that the case has been dismissed and you have paid a total of $2,900, which is the original $2,150 and the $750 incurred with the new motion." On 2/21/2015, I emailed to Chipser: "You made a mistake in the motion by stating that the action was not dismissed. You said you checked the docket on 2/18 and saw no dismissal, but I requested the dismissal on 2/14 and the dismissal was actually filed by the clerk on 2/17. So if you are not going to dismiss the motion, at least you should amend the motion. As to your demand for $2900, that is not reasonable because you are including fees for work that will not occur if the motion is withdrawn." On the same day, Chipser replied: "I didn't make a mistake. I went to the Superior Court site just before I filed the motion and there was no dismissal. Your point about the $750 is well taken. Add $250 to the $2,150 for a total of $2,400. If and when you pay the $2,400 I will take the motion off calendar. If you haven't paid by the time of the hearing and I have to attend, I will tell the judge the case has been dismissed, but you will owe $2,900." On 3/6/2015, I emailed Chipser: "I will pay the fee to you next week. Thanks." I mailed a cashier's check to Mrs. Chipser on March 12, 2015, and I emailed Chipser on 3/13/2015 stating that: "The check was mail out on March 12. Please inform the court of our stipulation." On the same day Chipser replied and asked "Was it a cashier's check?", to which I replied by email on the same day: "yes for 2400".

5. I was not able to send a cashier's check for $2400 to Chipser earlier than March 12, 2015 because I did not have the funds available.

6. On 3/14/2015 around 4 PM, I called Chipser and she stated to me that she had received the check from me on 3/13/2015.

7. True and correct copies of the emails referenced above are attached as Exhibit B in chronological order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/14/2015
/s/DEMAS YAN

# EXHIBIT A

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
☐ Dennis Yan (257854)
☐ 300 Frank H. Ogawa Plaza, Suite # 218
TELEPHONE NO.: ☐ Oakland, Ca 94612    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* ☐ Phone (415) 867-5797
ATTORNEY FOR *(Name):* ☐ ☐ plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS: ☐ 400 MCALLISTER STREET
MAILING ADDRESS: ☐ SAN FRANCISCO, CA 94102
CITY AND ZIP CODE: ☐
BRANCH NAME:

PLAINTIFF/PETITIONER: LEGAL RECOVERY, LLC
DEFENDANT/RESPONDENT: MARTIN LEE ENG, ET AL.

FOR COURT USE ONLY

ELECTRONICALLY
**FILED**
Superior Court of California,
County of San Francisco
**FEB 17 2015**
Clerk of the Court
BY: ROBERT WOODS
Deputy Clerk

**REQUEST FOR DISMISSAL**

CASE NUMBER: CGC 14-542378

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☒ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*    on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*    on *(date):*
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other *(specify):* * LOMBARD FLATS, LLC

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: 2/14/2015

.......DENNIS YAN..............    ▶ /S/DENNIS YAN
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

** If a cross-complaint — or Response (Family Law) seeking affirmative relief — is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

*(To be completed by clerk)*

4. ☐ Dismissal entered as requested on *(date):*
5. ☐ Dismissal entered on *(date):*    as to only *(name):*
6. ☐ Dismissal **not** entered as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date:    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Page 1 of 2
Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Case: 09-32219   Doc# 223-3   Filed: 03/14/15   Entered: 03/14/15 17:57:50   Page 4 of 16

# EXHIBIT B



## New Lawsuit Filed Against Lombard Flats

**Dennis Yan** <anewlaw@gmail.com>  Mon, Feb 16, 2015 at 1:13 PM
To: Joan Chipser <joanchipser@sbcglobal.net>

Eng contacted me about meet and confer. I would rather communicate with you if possible. Please tell me what he wants to meet about. Eng is technically a third party, but in terms of sources of funds to pay the sanctions, his $1000 is an anticipated source in the near term.
I have filed the request for dismissal. I will work out something with you as to the sanctions amount.



Dennis Yan <anewlaw@gmail.com>

## New Lawsuit Filed Against Lombard Flats

**Joan Chipser** <joanchipser@sbcglobal.net>  
To: Dennis Yan <anewlaw@gmail.com>

Mon, Feb 16, 2015 at 1:25 PM

I will ask him. But deep down, this is really a dispute between him and you. He is not my client, but if I can facilitate a resolution that will leave my client in peace, I am willing to help.

Please send me confirmation of filing the request for dismissal.

You need to pay the whole $2,150 that Montali ordered. I can't change his order.

Joan M. Chipser  
Attorney-at-Law  
(650) 697-1564  
(650) 873-2858 (Fax)  
joanchipser@sbcglobal.net

Notice to Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

-----Original Message-----  
From: Dennis Yan [mailto:anewlaw@gmail.com]  
Sent: Monday, February 16, 2015 1:14 PM  
To: Joan Chipser  
Subject: Re: New Lawsuit Filed Against Lombard Flats

[Quoted text hidden]



Dennis Yan <anewlaw@gmail.com>

## contempt

**Dennis Yan** <anewlaw@gmail.com>  
To: Joan Chipser <joanchipser@sbcglobal.net>

Wed, Feb 18, 2015 at 11:26 PM

Mrs. Chipser,
I was out of town for the last two days and just saw your declaration in the motion for contempt.
See below. The request for dismissal was filed on 2/14. The clerk takes its time in updating the docket.
As to the sanctions, I had stated that I do not have the funds. Eng send a email again for meeting, if nothing comes of the meeting, I will work out installment payments with you.


---------- Forwarded message ----------
From: FileAndServeXpress <TransactionReceipt@secure-mail.fileandservexpress.com>
Date: Sat, Feb 14, 2015 at 9:18 AM
Subject: Case: CGC-14-542378; Transaction: 56777724 Transaction Receipt
To: "dennisy@yahoo.com" <dennisy@yahoo.com>


To: demas yan
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "File Only". The details for this transaction are listed below.

Court:                     CA Superior Court County of San Francisco-Civil
Case Name:                 Legal Recovery LLC vs Martin Lee Eng et al
Case Number:               CGC-14-542378
Transaction ID:            56777724
Document Title(s):
    Request for Dismissal (2 pages)
Authorized Date/Time:      Feb 14 2015  9:17AM PST
Authorizer:                demas yan
Authorizer's Organization: (SRI)-Yan, Demas
Sending Parties:
    Legal Recovery LLC

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).


--
DENNIS YAN (SBN 257854)
Phone (415) 867-5797



Dennis Yan <anewlaw@gmail.com>

## contempt

**Dennis Yan** <anewlaw@gmail.com>
To: Joan Chipser <joanchipser@sbcglobal.net>

Fri, Feb 20, 2015 at 6:20 PM

attached is the filed dismissal entered on 2/17.
I can make a $400 payment next week and the balance within 2 weeks.
Please take the new motion off calendar.


**dismissal.pdf**
32K

 

## contempt

**Joan Chipser** <joanchipser@sbcglobal.net>  Fri, Feb 20, 2015 at 8:02 PM
To: Dennis Yan <anewlaw@gmail.com>

I will take the motion off calendar when I confirm with the Superior Court
that the case has been dismissed and you have paid a total of $2,900, which
is the original $2,150 and the $750 incurred with the new motion.

Joan M. Chipser
Attorney-at-Law
(650) 697-1564
(650) 873-2858 (Fax)
joanchipser@sbcglobal.net


Notice to Recipient: This e-mail is meant for only the intended recipient
of the transmission, and may be a communication privileged by law. If you
received this e-mail in error, any review, use, dissemination, distribution,
or copying of this e-mail is strictly prohibited. Please notify us
immediately of the error by return e-mail and please delete this message and
any and all duplicates of this message from your system. Thank you in
advance for your cooperation.
[Quoted text hidden]



Dennis Yan <anewlaw@gmail.com>

## contempt

**Dennis Yan** <anewlaw@gmail.com>  
To: Joan Chipser <joanchipser@sbcglobal.net>

Sat, Feb 21, 2015 at 9:56 AM

Mrs. Chipser,
You made a mistake in the motion by stating that the action was not dismissed. You said you checked the docket on 2/18 and saw no dismissal, but I requested the dismissal on 2/14 and the dismissal was actually filed by the clerk on 2/17. So if you are not going to dismiss the motion, at least you should amend the motion.

As to your demand for $2900, that is not reasonable because you are including fees for work that will not occur if the motion is withdrawn.
[Quoted text hidden]
[Quoted text hidden]

Case: 09-32219    Doc# 223-3    Filed: 03/14/15    Entered: 03/14/15 17:57:50    Page 11 of 16



Dennis Yan <anewlaw@gmail.com>

## contempt

**Joan Chipser** <joanchipser@sbcglobal.net>  
To: Dennis Yan <anewlaw@gmail.com>

Sat, Feb 21, 2015 at 1:11 PM

I didn't make a mistake. I went to the Superior Court site just before I filed the motion and there was no dismissal.

Your point about the $750 is well taken. Add $250 to the $2,150 for a total of $2,400. If and when you pay the $2,400 I will take the motion off calendar. If you haven't paid by the time of the hearing and I have to attend, I will tell the judge the case has been dismissed, but you will owe $2,900.


Joan M. Chipser  
Attorney-at-Law  
(650) 697-1564  
(650) 873-2858 (Fax)  
joanchipser@sbcglobal.net


Notice to Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.


-----Original Message-----  
From: Dennis Yan [mailto:anewlaw@gmail.com]  
[Quoted text hidden]


Dennis Yan <anewlaw@gmail.com>

## contempt

**Dennis Yan** <anewlaw@gmail.com>  
To: Joan Chipser <joanchipser@sbcglobal.net>

Fri, Mar 6, 2015 at 1:14 PM

I will pay the fee to you next week. Thanks.


Dennis Yan <anewlaw@gmail.com>

## contempt

**Dennis Yan** <anewlaw@gmail.com>  Fri, Mar 13, 2015 at 6:08 PM
To: Joan Chipser <joanchipser@sbcglobal.net>

The check was mail out on March 12. Please inform the court of our stipulation.

On Fri, Mar 6, 2015 at 1:14 PM, Dennis Yan <anewlaw@gmail.com> wrote:
> I will pay the fee to you next week. Thanks.


[Quoted text hidden]

 

Dennis Yan <anewlaw@gmail.com>

## contempt

**Joan Chipser** <joanchipser@sbcglobal.net>  
To: Dennis Yan <anewlaw@gmail.com>

Fri, Mar 13, 2015 at 6:22 PM

Was it a cashier's check?

Joan M. Chipser  
Attorney-at-Law  
(650) 697-1564  
(650) 873-2858 (Fax)  
joanchipser@sbcglobal.net

Notice to Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

-----Original Message-----  
From: Dennis Yan [mailto:anewlaw@gmail.com]  
Sent: Friday, March 13, 2015 6:09 PM  
To: Joan Chipser  
Subject: Re: contempt

[Quoted text hidden]



## contempt

**Dennis Yan** <anewlaw@gmail.com>
To: Joan Chipser <joanchipser@sbcglobal.net>

Fri, Mar 13, 2015 at 6:24 PM

yes for 2400
[Quoted text hidden]