JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>        Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**<u>DECLARATION OF JOAN M. CHIPSER RE MOTION FOR RECONSIDERATION OF DOCKET TEXT ORDER ENTERED ON MARCH 13, 2015</u>** |

I, <u>JOAN M. CHIPSER</u>, depose and say:

1. I am the attorney for the Reorganized Debtor. The matters stated herein are personally known to me, and if called as a witness, I could and would competently testify thereto.

2. On the evening of March 13, 2015 I opened my mail to find a U.S. Bank cashier's check in the amount of $2,400. Noted on the check was "Purpose/Remitter: Demas Yan." Shortly, thereafter, I received the day's ECF filings in my e-mail. The court's Docket Text Order made earlier in the day was in this e-mail. I have not yet deposited the cashier's check.

3. Since I did not know whether the order came before payment (if receipt and not deposit is considered payment), I decided to draft and upload the order called for in the Docket Text Order. I sent an e-mail informing Mr. Yan about my action. Mr. Yan called to protest. He

said we had an agreement that if he paid $2,400, I would take the Third Motion for Contempt off calendar. I told him our agreement was moot because the Court had already ruled and taken the motion off calendar. I stated further I did not know whether payment came before or after the Docket Text Order. I told him to bring this matter up with the Court as I felt I was required to upload an order. I also informed Mr. Yan he owes $50 for my time in drafting the order.

    I swear under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 15, 2015 at Millbrae, California.

/s/ Joan M. Chipser