JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOMBARD FLATS, LLC,<br><br>        Debtor. | Case No.: 09-32219<br>(Chapter 11)<br><br>**DECLARATION OF JOAN M. CHIPSER IN SUPPORT OF MOTION OF REORGANIZED DEBTOR FOR ORDER OF CONTEMPT FOR VIOLATION OF 11 U.S.C. §524(a)(2) AND FOR SANCTIONS**<br><br>Date: August 28, 2015<br>Time: 10:00 a.m.<br>Ctrm: 22 |

I, <u>JOAN M. CHIPSER</u>, depose and say:

1. I am the attorney for the Reorganized Debtor ("Debtor") in connection with this motion for contempt and sanctions. The matters stated herein are personally known to me, and if called as a witness, I could and would competently testify thereto.

2. The Debtor filed this Chapter 11 case on August 3, 2009. This court confirmed the Debtor's Combined Plan of Reorganization and Disclosure Statement Under Chapter 11 of the Bankruptcy Code Dated 6-12-10 [Docket No. 86] (the "Plan") on July 19, 2010 [Docket No. 98]. Attorney Mark Romeo was appointed disbursing agent under the Plan. This case was closed on May 23, 2011, and reopened by order of this Court dated May 1, 2013.

3. Attorney Demas Wai Yan ("Yan") is attempting to collect on a debt his father, Cheuk Tin Yan, claims against the Debtor's sole member, Martin Eng. In the past three years,

Yan has filed two lawsuits against the Debtor, both of which were dismissed upon orders from this court after the Debtor brought motions for contempt.  Yan appealed both orders.  This court's order in the case of Lawsuit No. 1 was affirmed on appeal by the District Court, which Yan appealed to the Ninth Circuit, where it is pending.  The appeal of the order in the case of Lawsuit No. 2 is pending at the District Court level.

4. On July 8, 2015, the father's assignee, who is the plaintiff in Lawsuit No. 2, obtained a $1.5 Million judgment against Martin Eng.  On July 14, 2015, Yan, as attorney for the plaintiff filed the Motion seeking appointment of a receiver "to take possession and control, and to sell at public sale the property known as 949-953 LOMBARD STREET, SAN FRANCISCO, CA 94133, APN LOT 048. BLOCK 0072."  A true and correct copy of the Motion is attached as Exhibit 1.  Yan served the Motion on the Debtor, c/o Annie Yip at 820 Green Street, San Francisco, California.  Yan did not serve me.  I learned about the Motion from Martin Eng.

5. Attached as Exhibit 2 is the Proposed Order which accompanied the Motion.

6. On July 18, 2015, I sent a letter to Yan, with a copy to the proposed receiver, demanding Yan amend the Motion to take out the offending sentences.  I set a deadline of 5 p.m. July 21, 2015.  The deadline came and went with no response from Yan.  A true and correct copy of my letter to Yan is attached as Exhibit 3.

7. To date I have spent 3.5 hours communicating with Demas Yan and drafting this motion for contempt.  I anticipate spending another hour on a reply brief and two hours preparing for, traveling to and appearing at the hearing.  My hourly rate is $250.  Therefore,

reasonable attorney's fees for this motion are $1,625.

I swear under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 22, 2014 at Millbrae, California.

/s/ Joan M. Chipser