JOAN M. CHIPSER (SBN83192)
1 Green Hills Court
Millbrae, CA 94030
Telephone: (650) 697-1564
FAX: (650) 873-2858
email: joanchipser@sbcglobal.net

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LOMBARD FLATS, LLC,

    Debtor.

Case No.: 09-32219
(Chapter 11)

**REPLY IN SUPPORT OF MOTION OF REORGANIZED DEBTOR FOR ORDER OF CONTEMPT FOR VIOLATION OF 11 U.S.C. §524(a)(2) AND FOR SANCTIONS**

Date: August 28, 2015
Time: 10:00 a.m.
Ctrm: 22

    LOMBARD FLATS, LLC, the Reorganized Debtor ("Debtor"), submits this reply to the opposition to the Debtor's motion for an order of contempt for violation of Bankruptcy Code §524(a)(2) and for sanctions.

    Demas Yan is wrong about the law. The LLC transferee of his father's debt has a judgment against Martin Eng, who is a different legal entity from the Debtor. Nothing in any of the State Law statutes Yan cites allows a creditor in a charging order proceeding against an LLC member's interest to obtain a state court receiver to take control of real property owned by the LLC reorganized debtor under a confirmed Chapter 11 plan. The real property in question belongs to the Debtor, not to Martin Eng. Martin Eng owes the debt, not the Debtor. Nothing else remains to be said.

1

For all of the foregoing reasons and the reasons set forth in the original Motion papers, the Debtor asks this court to hold Demas Yan in contempt and to exact appropriate sanctions against him.

Dated: August 21, 2015

/s/ Joan M. Chipser
(SBN83192)