**Entered on Docket**
**September 02, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  JOAN M. CHIPSER (SBN83192)  Signed and Filed: September 1, 2015
   1 Green Hills Court
2  Millbrae, CA 94030
   Telephone: (650) 697-1564
3  FAX: (650) 873-2858
   email: joanchipser@sbcglobal.net
4
   Attorney for Reorganized Debtor    _____
5                                     **DENNIS MONTALI**
                                      **U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 09-32219 <br> (Chapter 11) |
| LOMBARD FLATS, LLC, | **ORDER OF CONTEMPT** |
| Debtor. | Date: August 28, 2015 <br> Time: 10:00 a.m. <br> Ctrm: 22 |

The Motion of Reorganized Debtor For Order of Contempt For Violation of 11 U.S.C. §524(a)(2) and For Sanctions came on for hearing before the above-signed Bankruptcy Judge on the above date and time. Joan M. Chipser appeared for the Reorganized Debtor ("Debtor"). Demas Wai Yan, aka, Dennis Yan, appeared for himself. The court having considered all papers filed in support and in opposition to the Motion and having considered the argument of counsel and upon due consideration, and for the reasons stated on the record, makes the following order:

**IT IS HEREBY ORDERED** that Demas Wai Yan, aka, Dennis Yan, is in contempt for violation of Bankruptcy Code Section 524(a)(2) because through a motion for a charging order and receiver (the "Superior Court Motion") in San Francisco Superior Court case *Legal Recovery, LLC vs. Martin Lee Eng, Lombard Flats, LLC, et al*., Case No. CGC-14-542378, he attempted to obtain a receiver to take possession of and sell the Debtor's property in violation of Federal bankruptcy law;

**IT IS HEREBY FURTHER ORDERED** that by August 31, 2015, Demas Wai Yan shall modify the Superior Court Motion to delete or retract the following language at Page 2, lines 2-4 after the numerals 17705.03 as follows:

> "and to take possession and control, and to sell at public sale the property known as 949-953 LOMBARD STREET, SAN FRANCISCO, CA 94133, APN LOT 048, BLOCK 0072."

**IT IS HEREBY FURTHER ORDERED** that Demas Wai Yan shall pay to the Debtor's attorney, the sum of $1,450 as reimbursement for attorney's fees and costs incurred in connection with the contempt within 10 days of the date of this order.

**\*\*END OF ORDER\*\***

APPROVED AS TO FORM AND CONTENT:

/s/ Demas Wai Yan

## COURT SERVICE LIST

None.